UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-1344

---

KENNETH OWENS-EL,

Appellant

v.

CITY OF PITTSBURGH; TOM MURPHY, individually and in his
official capacity as Mayor of the City of Pittsburgh;
SALVATORE SIRABELLA, individually and in his official
capacity as Deputy Mayor, City of Pittsburgh; EARL BUFORD,
individually and in his capacity as former Chief of Police,
City of Pittsburgh; GERRIE GERMANY; DOUG JOHNSON; CHARLES
PROVIDENT; DONALD KAECHERS; ROGER MCDANIEL, Police
Detectives/Officers in their individual capacities

---

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 00-cv-00518)
District Judge: Honorable William L. Standish

---

Submitted Under Third Circuit LAR 34.1(a)
June 3, 2005

BEFORE: ALITO, SMITH and BECKER, CIRCUIT JUDGES

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the United States District Court for the Western District of Pennsylvania entered January 15, 2004 be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

DATED: June 8, 2005

Certified as a true copy and Issued in lieu of a formal mandate on 08/1/05

Teste:
*Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit