```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

KENNETH OWENS-EL,                )
                                 )
         Plaintiff,              )
                                 )
     vs.                         ) Civil Action No. 00-518
                                 )
GERRIE GERMANY, DOUG             )
JOHNSON, CHARLES PROVIDENT,      )
DONALD KAECHERS and ROGER        )
McDANIEL,                        )
Police Detectives/Officers,      )
in their individual capacities,  )
                                 )
         Defendants.             )

## EXHIBIT RECEIPT

DEFENDANTS EXHIBITS:

A, B and C.

RECEIVED: _____/s/_____
           Attorney for Defendants

PLEASE SIGN AND RETURN ORIGINAL TO ROBERT BARTH, CLERK, P.O. BOX 1805, PITTSBURGH, PA 15230.  COPY IS FOR YOUR RECORDS.